ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                 )
                                      )
Quality Trust Inc.             )       ASBCA No. 59983
                                      )
Under Contract No. W912P6-15-C-0002    )

APPEARANCE FOR THE APPELLANT:       Mr. Lawrence M. Ruiz
                                            President

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
                                            Engineer Chief Trial Attorney
                                            Kimberly J. Sabo, Esq.
                                            Engineer District Counsel
                                            U.S. Army Engineer District, Chicago

### OPINION BY ADMINISTRATIVE JUDGE PROUTY
### ON APPELLANT'S SECOND MOTION FOR RECONSIDERATION

Before the Board is appellant Quality Trust Inc.'s (Quality's) second motion for reconsideration of our earlier entry of summary judgment against its appeal of the contracting officer's decision to terminate its contract for default. We granted summary judgment in favor of the government on 5 May 2016 and denied Quality's first motion for reconsideration on 29 June 2016.[*] The present motion was submitted to us on 4 August 2016. The government has declined to file a response.

The Board's Rules do not provide for a second motion for reconsideration. Absent extraordinary circumstances, which are not present here, we would summarily deny such a motion, and we do so here.

Accordingly, appellant's second motion for reconsideration is denied.

Dated: 8 September 2016

                                    J. REID PROUTY
                                    Administrative Judge
                                    Armed Services Board
                                    of Contract Appeals

(Signatures continued)

---

[*] *Quality Trust Inc.*, ASBCA No. 59983, 16-1 BCA ¶ 36,368, *recon. denied,* 16-1 BCA ¶ 36,424.

I concur

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 59983, Appeal of Quality Trust Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2